## DeGARMO JONES AND RUFUS SETH REED, LATE PARTNERS IN COMPANY UNDER THE FIRM OF REED & JONES, *versus* JOHN DOUSMAN

JOURNAL ENTRIES (1820–22): *Journal 3:* (1) Rule to bring body *p. 64; (2) special bail *p. 72; (3) continued *p. 255; (4) nil dicit, rule for judgment *p. 327; (5) stipulation for indorsement of any set off *p. 327.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) plea of non assumpsit; (5) notice of demand for bill of particulars; (6) assessment of damages; (7) satisfaction piece; (8–10) promissory notes.

*Office Docket,* MS p. 148, c. 67. Recorded in *Book A,* MS pp. 480–87.

## ARCHIBALD WHITNEY AND GILES M. WHITNEY, MERCHANTS TRADING UNDER THE FIRM NAME OF A. & G. WHITNEY, *versus* JOHN McDONELL

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Rule to bring body *p. 65; (2) special bail *p. 68; (3) cognovit, judgment, execution stayed *p. 226.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for judgment for want of plea; (5) warrant to confess judgment; (6) precipe for execution fi. fa.; (7) writ of fi. fa. and return; (8) precipe for alias fi. fa.; (9) alias fi. fa. and return; (10) precipe for fi. fa.; (11) pluries fi. fa. and return; (12) precipe for pluries fi. fa.; (13) pluries fi. fa. and return; (14) statement of accounts.

*Office Docket,* MS p. 150, c. 75. Recorded in *Book A,* MS pp. 191–97.

## IN THE MATTER OF HENRY NELSON, A BLACK MAN

. . . . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1820): *Journal 3:* (1) Prisoner discharged *p. 65.
PAPERS IN FILE: [None]